970 A.2d 1039

IN THE MATTER OF RICHARD M. SASSO, A FORMER JUDGE OF THE MUNICIPAL COURT.

June 2, 2009.

## ORDER

The Advisory Committee on Judicial Conduct having filed a presentment with the Court in respect of **RICHARD M. SASSO,** a former Judge of the Municipal Courts of Warren Township, Bridgewater Township, Bound Brook Borough, and Watchung Borough, finding by clear and convincing evidence that respondent violated *Canon* 1 (a judge should uphold the integrity and independence of the judiciary), *Canon* 2A (a judge should respect and comply with the law and should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary), *Canon* 2B (a judge should not use the judicial office to advance a private or personal interest), *Canon* 3A(1) (a judge should be faithful to the law and maintain professional competence

in it), *Canon* 3A(3) (a judge should be patient, dignified and courteous to all those with whom the judge deals in an official capacity), *Canon* 5A(2) (a judge should conduct all extra-judicial activities in a manner that does not demean the judicial office) of the *Code of Judicial Conduct* and that he committed misconduct in office and conduct prejudicial to the administration of justice that brings the judicial office into disrepute in violation of *Rules* 2:15(8)(a)(1) and (6);

And the Committee having recommended that because of said violations, respondent be permanently disqualified from holding or securing future judicial office;

And **JUDGE RICHARD M. SASSO** having moved to dismiss or modify the presentment and having been ordered to show cause before this Court why public discipline less than removal, including a permanent disqualification from holding or securing future judicial office, should not be imposed on him;

And prior to the return date of the Order to Show Cause, **JUDGE RICHARD M. SASSO** having withdrawn his motion to dismiss or modify the presentment, having waived his right to a hearing before the Court, and having accepted the discipline recommended by the Committee;

And good cause appearing;

It is ORDERED that the findings and recommendations of the Advisory Committee are hereby adopted and **RICHARD M. SASSO,** a former Judge of the Municipal Courts of Warren Township, Bridgewater Township, Bound Brook Borough, and Watchung Borough, is hereby permanently disqualified from holding or securing any judicial office; and it is further

ORDERED that the Order to Show Cause issued in this matter pursuant to *Rule* 2:15–17(b)(2) is hereby discharged.